[No. 19378-1-III.  Division Three.  November 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER BYARD MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00043-1, Salvatore F. Cozza, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19610-1-III.  Division Three.  November 15, 2001.]

THOMAS C. WALKER, *Appellant*, v. THE CITY OF KENNEWICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-2-00822-4, Craig J. Matheson, J., entered September 5, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 19617-8-III.  Division Three.  November 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. EPPERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00127-1, Donald W. Schacht, J., entered October 3, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19946-1-III.  Division Three.  November 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN D. TEBOW, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00742-4, Kenneth L. Jorgensen, J., entered January 8, 2001. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.